UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>DEAN WADE EMERSON,<br><br>　　　　　　　Defendant. | NO. CR14-5304BHS<br><br>ORDER FOR EXTENSION TO<br>RESPOND TO PRETRIAL MOTIONS |

It is hereby ORDERED that the Government's Motion for an extension of time to respond to Defendant's Pretrial Motions is GRANTED. The Government's responses shall be filed on or before January 8, 2015.

IT IS SO ORDERED.

Dated this 30th day of December, 2014.

　　　　　　　　　　　　　　　　　/s/ Benjamin H. Settle
　　　　　　　　　　　　　　　　　BENJAMIN H. SETTLE
　　　　　　　　　　　　　　　　　United States District Judge

Presented by:

/s/Gregory A. Gruber
GREGORY A. GRUBER
Assistant United States Attorney

Order for Extension - 1
UNITED STATES v. DEAN EMERSON, CR14-5304BHS

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800