UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | NO. CR14-5304BHS |
|---|---|
| Plaintiff, | PROTECTIVE ORDER |
| v. | |
| DEAN WADE EMERSON, | |
| Defendant. | |

This matter, having come before the Court on a Stipulated Motion for Entry of a Protective Order, the Court hereby enters the following Protective Order.

The confidential informant discovery provided by the government on or after December 15, 2014, is deemed Protected Material, which is subject to the following terms and conditions:

   a.   The materials produced by the government may be used by the defendant, defense counsel and any employees or agents of defense counsel solely in the defense of this case.

   b.   While defense counsel is present, defense counsel may show the material produced by the government to (1) any staff, including investigators and administrative assistants, who are assisting the defense; (2) potential experts; and (3) the defendant. The sensitive material may not be shown to other persons who are interviewed as potential witnesses. Defense counsel will not disclose the materials produced by the government directly or indirectly to any other individual.

   c.   Defense counsel may leave the originals with, or provide copies of discovery to, only any staff, including investigators and administrative assistants, who are assisting the defense. When providing copies to an authorized person, defense counsel must

Protective Order - 1
*US v. Emerson*/CR14-5304BHS

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

inform the authorized person that the materials are provided subject to the terms of this Protective Order and that the authorized person must comply with the terms of this Protective Order. In the event copies are made, moreover, the copies shall be treated in the same manner as the original material.

    d. Defense counsel will not provide copies to (1) the defendant; and (2) persons who are interviewed as potential witnesses. As previously stated, these materials may not be shown to or discussed with other persons who are interviewed as potential witnesses.

    e. At the conclusion of this case, including all proceedings in the trial and/or appellate courts, defense counsel will either shred or return all copies of protected confidential informant discovery to the United States Attorney's Office.

    f. Because not all material provided after December 15, 2014 is sensitive, only confidential informant material (as designated by the government) provided on or after December 15, 2014, will be subject to this Stipulated Motion and Order.

    Nothing contained in the Protective Order will preclude any party from applying to the Court for further relief or for modification of any provision herein.

    DATED this 8th day of January, 2015.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

Presented by:

*/s/ Gregory A. Gruber*
GREGORY A. GRUBER
Assistant United States Attorney

Protective Order - 2
US v. Emerson/CR14-5304BHS

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800