UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>DEAN WADE EMERSON,<br><br>        Defendant. | CASE NO. CrR14-5304 BHS<br><br>ORDER |

This matter comes before the Court on *in camera* review documents the Government has submitted to the Court.

On January 27, 2015, the Government submitted a binder of documents to the Court regarding a confidential informant. The binder was separated into six categories of documents. The Court has reviewed the documents and orders the Government to produce the documents in category 1, 2, 4 & 6. Reasons for the disclosure and nondisclosure will be entered into the record at the scheduled hearing this Friday, January 30, 2015.

The Government shall redact portions of these documents that it deems necessary and provide such redaction versions to the Court and Emerson no later than 3:00PM,

ORDER - 1

Thursday, January 29, 2015. The Government shall also be prepared to explain the reasons in general terms for its redactions if the Court so inquires at the hearing.

**IT IS SO ORDERED**.

Dated this 28th day of January, 2015.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge