JUDGE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DEAN WADE EMERSON, <br><br> Defendant. | No. CR14-5304 BHS <br><br> ORDER TO SEAL DOCUMENT |

THIS MATTER has come before the undersigned on the motion of the defendant to file the Declaration of Colin Fieman in Support of Motion for a *Franks* Hearing and the corresponding Exhibits under seal. The Court has considered the motion and records in this case and finds there are compelling reasons to file the document under seal.

IT IS HEREBY ORDERED that the Declaration of Colin Fieman in Support of Motion for a *Franks* Hearing and the corresponding Exhibits be filed under seal.

DATED this 29 day of January 2015.

JUDGE BENJAMIN H. SETTLE
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Colin Fieman*
s/ *Mohammad Hamoudi*
Federal Public Defender

ORDER TO SEAL DOCUMENT
(*United States v. Emerson*; CR14-5304 BHS) - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710