Judge Benjamin H. Settle

## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEAN WADE EMERSON,<br><br>Defendant. | NO. CR14-5304BHS<br><br>ORDER SEALING GOVERNMENT'S REPONSE<br>(Proposed) |

Having read the Government's Response to Defense Declaration Regarding *FRANKS* Motion in the above-captioned case, which was filed under seal, and Government's Motion to Seal requesting that the Government's Response be allowed to remain under seal,

It is hereby ORDERED that the Government's Response to Defense Declaration Regarding *FRANKS* Motion in this matter shall remain sealed.

DATED this ___ day of _____, 2015.

BENJAMIN H. SETTLE
United States District Judge

ORDER TO SEAL - 1
*United States v. Dean Emerson, CR14-5304BHS*

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800