1                                    JUDGE BENJAMIN H. SETTLE

2

3

4

5              UNITED STATES DISTRICT COURT

         WESTERN DISTRICT OF WASHINGTON

6                   AT TACOMA

7

8

UNITED STATES OF AMERICA,    )   No. CR14-5304 BHS

9                         )

          Plaintiff,          )   ORDER GRANTING MOTION TO

10                         )   FILE OVER-LENGTH REPLY TO

         v.              )   GOVERNMENT'S CONSOLIDATED

11                         )   RESPONSE

DEAN WADE EMERSON,        )

12                         )

         Defendant.       )

13                         )

14      Upon the defense's motion to file a Reply in excess of the 6-page limitation

15 imposes by Local Rule CrR 12(b)(5), to Fed. R. Crim. P. Rule 12;

16      IT IS HEREBY ORDERED that leave of court is hereby granted for the

17 defendant to file a Reply to Government's Consolidated Response, not to exceed 12

18 pages.

19      DONE this _30th_ day of January, 2015.

20

21                                          

        JUDGE BENJAMIN H. SETTLE

22         UNITED STATES DISTRICT COURT JUDGE

23 Presented by:

24 s/ Colin Fieman

25 s/ Mohammed Hamoudi

   Assistant Federal Public Defenders

26 Attorneys for Dean Wade Emerson

MOTION TO FILE OVER-LENGTH REPLYL
(*United States v. Emerson*; CR14-5304 BHS

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710