JUDGE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEAN WADE EMERSON,<br><br>Defendant. | No. CR14-5304 BHS<br><br>ORDER TO SEAL DOCUMENT |

THIS MATTER has come before the undersigned on the motion of the defendant to file the defendant's Motions for Disclosure of Grand Jury Transcripts and for a Bill of Particulars under seal. The Court has considered the motion and records in this case and finds there are compelling reasons to file the document under seal.

IT IS HEREBY ORDERED that the defendant's Motions for Disclosure of Grand Jury Transcripts and for a Bill of Particulars be filed under seal.

DATED this 30th day of January 2015.

_____
JUDGE BENJAMIN H. SETTLE
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Colin Fieman*
s/ *Mohammad Hamoudi*
Federal Public Defenders
Attorneys for Dean Wade Emerson

ORDER TO SEAL DOCUMENT
(*United States v. Emerson*; CR14-5304 BHS) - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710