UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEAN WADE EMERSON,<br><br>Defendant. | CASE NO. CR14-5304BHS<br><br>ORDER |

This matter comes before the Court on the government's Unopposed Motion for One Week Continuance of Trial Due to Ill Health of Both of the Government's Trial Counsels. The Court has considered the motion, and having observed counsel in open court on February 9, 2015, finds good cause to grant the motion.

NOW, THEREFORE, IT IS HEREBY ORDERED

That the trial date is continued from February 17, 2015, to February, 24, 2015, at 9:00 a.m. The final Pretrial Conference is reset for February 18, 2015, at 1:30 p.m., with additional briefing due on February 17, 2015.

Dated this 9th day of February, 2015.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 1